1  **CLANCY LAW OFFICES**
   7 South Second Avenue
2  St. Charles, Illinois 60174
   Telephone: 630-584-7666
3  Facsimile: 630-584-1649

4  *Attorneys for Plaintiffs*

5

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

| 12 | IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
|---|---|---|
| 14 | This Document Relates To: | |
| 15 | John Stumpe, et al. v. Merck & Co., Inc., et al., (06-0725 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17 | Ruby Hornig, Individually and as Special Administrator of the Estate of Leroy A. Hornig, v. Merck & Co., Inc., et al., (06-2869 CRB) | |
| 19 | June Nei, et al., v. G.D. Searle, LLC, et al., (06-6221 CRB) | |

21
22      Come now all remaining Plaintiffs in the above-entitled actions and Defendants, by and
23  through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
24  hereby stipulate to the dismissal of this action **with prejudice**, with each side bearing its own

25  //
26  //
27  //
28  //

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  attorney's fees and costs.

4  DATED: 3/24, 2010    By: /s/ Michael W. Clancy
   Michael W. Clancy
   **CLANCY LAW OFFICES**
   7 South Second Avenue
   St. Charles, Illinois 60174
   Telephone: 630-584-7666
   Facsimile: 630-584-1649

   *Attorneys for Plaintiffs*

9  DATED: April 28, 2010    By: /s/ Michelle W. Sadowsky
   Michelle W. Sadowsky
   **DLA PIPER LLP (US)**
   1251 Avenue of the Americas
   New York, New York 10020
   Telephone: 212-335-4500
   Facsimile: 212-335-4501

   *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 5·11·2010

Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE